Case 3:20-cv-00362   Document 15   Filed on 07/21/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HEIRS OF ESTATE OF ISAAC O. CHAPA, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | 3:20-cv-00362 |
| v. | § § | |
| CITY OF ALVIN, *et al.*, | § § § | |
| *Defendants*. | § | |

# FINAL JUDGMENT

Pursuant to the court's order entered in this case granting the defendants' motion to dismiss, judgment is entered for the defendants. The court dismisses the plaintiffs' claims against the defendants with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island on the 21st day of July, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE